Argued February 28, affirmed June 13, 1978

ZIEBERT et al, *Respondents,*
*v.*
STAYTON LUMBER COMPANY, *Petitioner.*
(WCB No. 76-6661, CA 9452)
579 P2d 900

R. Kenney Roberts, Portland, argued the cause for petitioner. On the brief were William R. Miller, Jr., and Jones, Lang, Klein, Wolf & Smith, Portland.

Lester R. Huntsinger, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondent State Accident Insurance Fund. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

J. Richard Scruggs, Stayton, argued the cause for respondent Jill M. Ziebert. With him on the brief was Murley M. Larimer, Stayton.

Before Schwab, Chief Judge and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *Tucker v. Jack Ensley Company,* 34 Or App 335, 578 P2d 3 (1978).